**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER AGUIRRE,

    Plaintiff,

vs.                                                                     CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 11), filed February 15, 2018. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 14), filed February 22, 2018.

                                                _____
                                                THE HONORABLE CARMEN E. GARZA
                                                CHIEF UNITED STATES MAGISTRATE JUDGE