IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER AGUIRRE,

    Plaintiff,

v.                                                                       CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Proceedings Pending Resolution of Defendants' Motions to Dismiss*, (Doc. 49), filed September 13, 2018. The parties ask for a stay of the dispositive motions and Pretrial Order deadlines pending a ruling on Defendants' Motions to Dismiss (Docs. 2 and 19). The Court, having reviewed the motion, noting it is unopposed, and being otherwise fully advised, finds that the motion is well-taken and should be **GRANTED**

    **IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Stay Proceedings Pending Resolution of Defendants' Motions to Dismiss*, (Doc. 49), is **GRANTED** and the dispositive motions and Pretrial Order deadlines are stayed pending a ruling on Defendants' Motions to Dismiss (Docs. 2 and 19).

    **IT IS SO ORDERED**.

                                                                      THE HONORABLE CARMEN E. GARZA
                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE