# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER AGUIRRE,

    Plaintiff,

v.                                                     CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER LIFTING STAY OF DISCOVERY
## AND SETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. On September 17, 2018, the Court granted the parties' joint motion to stay the dispositive motions and Pretrial Order deadlines pending a ruling on Defendants' Motions to Dismiss (Docs. 2 and 19). (Doc. 50). On September 18, 2018, the Honorable William P. Johnson, Chief United States District Judge, ruled on Defendants' Motions to Dismiss, and dismissed Defendant CorVel Corporation. (Doc. 51).

As the presiding judge has decided Defendants' Motions to Dismiss, **IT IS HEREBY ORDERED** that the stay of the deadlines be lifted.

**IT IS FURTHER ORDERED** that the remaining parties meet and confer, and submit a second Joint Status Report and Provisional Discovery Plain on or before **Thursday, October 4, 2018**. A short Rule 16 Scheduling Conference will be conducted by telephone on **Thursday, October 11, 2018 at 3:00 p.m.** to reset the dispositive motions and Pretrial Order deadlines and discuss the possibility of settlement in this case.

Parties shall call Judge Garza's Meet Me line at (505) 348-2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including

the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE