IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER AGUIRRE,

    Plaintiff,

vs.                                                             CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## AMENDED SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Second Joint Status Report and Provisional Discovery Plan*, (Doc. 54), filed October 4, 2018. **IT IS THEREFORE ORDERED** that the parties' remaining pretrial deadlines are reset as follows:

1. Pretrial motions, other than those relating to discovery, shall be filed by **November 9, 2018**.

2. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **January 11, 2019**; Defendants to the Court on or before **January 25, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE