# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER AGUIRRE,

    Plaintiff,

vs.                                                             CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER ADOPTING SECOND JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Scheduling Conference. The Court adopts the parties' *Second Joint Status Report and Provisional Discovery Plan*, (Doc. 54), filed October 4, 2018, as modified by the dates designated in the Court's *Amended Scheduling Order*, (Doc. 56), filed October 11, 2018.

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE