**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER AGUIRRE,

    Plaintiff,

v.                                                  CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on review of the record. Due to the unavailability of essential parties, the Court will vacate the settlement conference currently set in this case. As discussed at the telephonic status conference held on November 14, 2018, the Court will reset the settlement conference, if necessary, at a later date.

**IT IS THEREFORE ORDERED** that the settlement conference set for November 28, 2018, is hereby **VACATED**.

    **IT IS SO ORDERED**.

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE