# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER AGUIRRE,

    Plaintiff,

v.                                                                                             CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER DENYING AS MOOT DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on *Defendants' Motion to Appear Telephonically at the Mandatory Settlement Conference set for November 28, 2018*, (Doc. 64), filed November 13, 2018. Defendants ask the Court to allow their representative, Jennifer Williams, to appear telephonically at the settlement conference that was scheduled for November 28, 2018. On November 14, 2018, the Court held a status conference and learned that Plaintiff may also be unavailable for the settlement conference. The Court and the parties agreed to vacate the settlement conference, continue settlement negotiations by telephone, and reset the settlement conference if necessary. (Docs. 65, 66). Therefore, Defendants' motion is moot. Nevertheless, the Court notes that it requires all parties and representatives to attend settlement conferences in person, so Defendants will be required to have a representative attend in person if the settlement conference is reset.

**IT IS THEREFORE ORDERED** that *Defendants' Motion to Appear Telephonically at the Mandatory Settlement Conference set for November 28, 2018*, (Doc. 64), is **DENIED AS MOOT**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE