# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER AGUIRRE,

    Plaintiff,

v.                                                                                      CV No. 17-1267 WJ/CG

CORRECTION CORPORATION
OF AMERICA, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINE FOR FINAL PRETRIAL ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline for Final Pretrial Order*, (Doc. 81), filed January 24, 2019. The parties ask the Court to extend the deadline to file the Pretrial Order until after the Court rules on the Motion to Dismiss Untimely Claims, (Doc. 60), and Motion for Summary Judgment, (Doc. 63). The parties state the Court's rulings on those motions could narrow the claims and issues in the case. The Court, having considered the motion and noting it is unopposed, finds that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Deadline for Final Pretrial Order*, (Doc. 81), is **GRANTED**. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants within 30 days after rulings on the Motion to Dismiss Untimely Claims, (Doc. 60), and Motion for Summary Judgment, (Doc. 63); Defendants to the Court within 14 days after receiving Plaintiff's portions of the Pretrial Order.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE